■ BENJAMIN L. ANDERSON, a Shareholder of LIVONIA, AVON & LAKEVILLE RAILROAD CORPORATION, Appellant, v EUGENE H.

BLABEY, II, et al., Respondents. [864 NYS2d 378]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Smith, Green and Gorski, JJ.